# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**COMPANY WRENCH LTD.,**

    **Plaintiff,**

  vs.                        Civil Action 2:12-CV-109
                            Judge Smith
                            Magistrate Judge King

**RHINO CONSTRUCTION, LLC,**

    **Defendant.**

## ORDER

The parties' joint request to reschedule the Settlement Week mediation, Doc. No. 16, is **GRANTED IN PART**.

The June 15, 2012 mediation is **VACATED.** The Clerk shall notify the assigned mediator.

This case will be referred to the **September 2012** Settlement Week.

                                        *s/Norah McCann King*
                                          Norah M$^c$Cann King
                                United States Magistrate Judge

June 12, 2012
(Date)