```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION
```

**COMPANY WRENCH LTD.,**

      Plaintiff,

  vs.                               **Civil Action 2:12-CV-109**
                                    **Judge Smith**
                                    **Magistrate Judge King**

**RHINO CONSTRUCTION, LLC,**

      Defendant.

## ORDER

This case has reported as settled. At the request of the parties, the status conference scheduled on December 7, 2012 at 10:00 a.m. is **VACATED** and rescheduled on December 21, 2012 at 10:00 a.m. should the case remain pending on that date.

                                                  *s/Norah McCann King*
                                                   Norah M<sup>c</sup>Cann King
                                         United States Magistrate Judge

December 6, 2012
(Date)